**Sheehan Law Firm, PLLC**
429 Porter Avenue
Ocean Springs, MS 39564
United States
(228) 875-0572

**Sheehan Law Firm, PLLC**

**Okorie Ikechukwu**
908 W. Pine Street
Hattiesburg, MS 39401-4262

**Balance**         $38,926.56
**Invoice #**       01067
**Invoice Date**    February 29, 2020
**Payment Terms**
**Due Date**

**Inland Family Practice Center, LLC**

For services rendered between
January 01, 2019 and February 29, 2020

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 01/03/2019 | PS | Draft | Draft Motion to Waive 333 Ombudsman; memorandum; and declaration. | $300.00 | 1.2 | $360.00 |
| 01/03/2019 | PS | Draft | Draft and file Articles of Merger with the Mississippi Secretary of State for Inland Family Practice Center, LLC and St Michael's. | $300.00 | 0.5 | $150.00 |
| 01/03/2019 | PS | Draft | Draft Petition; long telephone call with client regarding creditors; prepare largest 20 unsecured form; file case. | $300.00 | 1.5 | $450.00 |
| 01/03/2019 | PS | Telephone Call | Telephone call with Philip Hern; send bankruptcy notice to Hern to forward to creditors. | $300.00 | 0.5 | $150.00 |
| 01/04/2019 | PS | Meeting | Meeting with client; regarding motions, IDI schedule, declaration for Ombudsman motion, etc. | $300.00 | 1.5 | $450.00 |
| 01/04/2019 | PS | Review | Revise and file Motion to Waive Ombudsman, Memorandum in Support of same; and Declaration. | $300.00 | 0.5 | $150.00 |
| 01/09/2019 | PS | Telephone Call | Telephone call with attorney for Cigna Insurance regarding payments to St. Michael's; Marshall's Warrant in New York lifted; telephone call with client regarding same. | $300.00 | 0.3 | $90.00 |
| 01/09/2019 | PS | Hearing Preparation | Prepare IDI materials and various telephone calls with client; send to client for signature. | $300.00 | 1.0 | $300.00 |
| 01/09/2019 | PS | Draft | Prepare Application to Employ Counsel; and Declaration of Counsel and file. | $300.00 | 0.5 | $150.00 |
| 01/09/2019 | PS | Draft | Prepare Disclosure of Compensation and List of Equity Security Holders. | $300.00 | 0.5 | $150.00 |

EXHIBIT
A

| 01/09/2019 | PS | Review | Receive and review five insurance policies provided by Ike. | $300.00 | 0.2 | $60.00 |
|---|---|---|---|---|---|---|
| 01/11/2019 | PS | Telephone Call | Telephone call with Trustmark Attorney Spencer. | $300.00 | 0.1 | $30.00 |
| 01/15/2019 | PS | Hearing Preparation | Prepare for IDI | $300.00 | 0.5 | $150.00 |
| 01/15/2019 | PS | Work | Work on schedules. | $300.00 | 1.0 | $300.00 |
| 01/16/2019 | PS | Meeting | Meeting with client to work on schedules. | $300.00 | 3.5 | $1,050.00 |
| 01/16/2019 | PS | Meeting | Meeting with client prior to and participate in IDI. | $300.00 | 1.0 | $300.00 |
| 01/16/2019 | PS | Telephone Call | Telephone call with Derek Henderson (bank's attorney). | $300.00 | 0.3 | $90.00 |
| 01/16/2019 | PS | Review | Receive and review IDI deficiency notice from U.S. Trustee's office and send via email to client with note. | $300.00 | 0.2 | $60.00 |
| 01/17/2019 | PS | Email | Email to Ike regarding 2017 tax returns. | $300.00 | 0.1 | $30.00 |
| 01/18/2019 | PS | Review | Receive and review texts from Ike and respond -- all regarding transfer of vehicle out of debtor's name. | $300.00 | 0.1 | $30.00 |
| 01/23/2019 | PS | Telephone Call | Telephone call with Ike -- email from Ike; telephone call with Julie Mitchell. | $300.00 | 0.3 | $90.00 |
| 01/24/2019 | PS | Draft | Draft Application to Employ Special Counsel and for Critical Vendor Order; research conflicts and critical vendors. | $300.00 | 1.2 | $360.00 |
| 01/24/2019 | PS | Research | Research Automatic Stay vis Medicare Recoupment. | $300.00 | 1.0 | $300.00 |
| 01/24/2019 | PS | Telephone Call | Telephone call with Julie Mitchell. | $300.00 | 0.1 | $30.00 |
| 01/24/2019 | PS | Telephone Call | Long telephone call with Julie Wilson, Medicare Attorney. | $300.00 | 0.3 | $90.00 |
| 01/25/2019 | PS | Telephone Call | Telephone call with Jim Simpson -- Attorney for Trustmark and fax Comprehensive Radiology Services regarding AP for Trustmark and COD for CRS. | $300.00 | 0.3 | $90.00 |
| 01/28/2019 | PS | Email | Email from Jim Spencer attorney for Trustmark regarding equipment loans. | $300.00 | 0.1 | $30.00 |
| 01/28/2019 | PS | Hearing Preparation | Hearing preparation with Dr. Okorie and review documents and prepare exhibits. | $300.00 | 2.0 | $600.00 |
| 01/29/2019 | PS | Hearing | Meeting with client; attend Hearing on Waiver of Ombudsman. | $300.00 | 2.0 | $600.00 |
| 01/29/2019 | PS | Work | Work on schedules and long telephone call with Dr. Okorie. | $300.00 | 0.5 | $150.00 |
| 01/29/2019 | PS | Travel | Travel to Gulfport; return to Ocean Springs (1/2 Travel time) | $150.00 | 1.0 | $150.00 |
| 01/30/2019 | PS | Draft | Draft Order on Ombudsman. | $300.00 | 0.5 | $150.00 |
| 01/30/2019 | PS | Work | Work on schedules - long telephone call with Dr. Okorie regarding schedules; emails from Dr. Okorie. | $300.00 | 1.0 | $300.00 |
| 01/30/2019 | PS | Telephone Call | Telephone call with Derek Henderson's office. | $300.00 | 0.2 | $60.00 |

| Date | Atty | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/30/2019 | PS | Email | Forward proposed order and patient compliance placards/protocols to the U.S. Trustee. | $300.00 | 0.2 | $60.00 |
| 01/31/2019 | PS | Meeting | Meeting with Dr. Okorie to sign schedules - file schedules; review file with Dr. Okorie and discuss 341 hearing. | $300.00 | 0.7 | $210.00 |
| 02/01/2019 | PS | Telephone Call | Telephone call with Attorney for Citizens Bank. | $300.00 | 0.1 | $30.00 |
| 02/06/2019 | PS | Review | Receive and review email from Ike regarding sale on 912 W Pine and receive and review inventory of equipment - forward to Trustmark. | $300.00 | 0.3 | $90.00 |
| 02/06/2019 | PS | Telephone Call | Telephone call with Jim Spencer regarding PMSA on x-ray equipment and blood machines -- and regarding radiology client on cash only basis. | $300.00 | 0.5 | $150.00 |
| 02/06/2019 | PS | Telephone Call | Telephone call with Derek Henderson regarding Priority One claim. | $300.00 | 0.1 | $30.00 |
| 02/07/2019 | PS | Telephone Call | Telephone call with Derek Henderson and telephone call to Court regarding settlement of Motion to Lift Stay by Priority One Bank. | $300.00 | 0.3 | $90.00 |
| 02/07/2019 | PS | Telephone Call | Telephone call with Jim Spender (Trustmark attorney) regarding Motion to Lift Stay; draft and file response to Motion to Lift Stay. | $300.00 | 0.5 | $150.00 |
| 02/08/2019 | PS | Review | Review all files in the case and prepare for 341. | $300.00 | 2.0 | $600.00 |
| 02/11/2019 | PS | Meeting | Meet with client to prepare for 341; attend 341 hearing; accompany Dr. Okorie and 3 Trustmark bankers and Trustmark's attorney to inspect the equipment at two locations. | $300.00 | 5.1 | $1,530.00 |
| 02/11/2019 | PS | Travel | Travel to Hattiesburg; return to Ocean Springs (1/2 Travel time) | $150.00 | 3.0 | $450.00 |
| 02/13/2019 | PS | Draft | Letter for Jim Spencer regarding information for Trustmark. | $300.00 | 0.1 | $30.00 |
| 02/14/2019 | PS | Review | Receive and review Medicare/Bankruptcy article; search case law. | $300.00 | 0.5 | $150.00 |
| 03/01/2019 | PS | Telephone Call | Telephone call with Julie Mitchell regarding reinstatement of Medicare Appeal; pre-petition bill; and employment of Julie as counsel for Bankruptcy Estate and telephone call with Ike regarding same. | $300.00 | 0.4 | $120.00 |
| 03/01/2019 | PS | Review | Full file review; memo to file with Task List. | $300.00 | 0.5 | $150.00 |
| 03/04/2019 | PS | Email | Email exchange and telephone call with Dr. Okorie regarding Request for Production/2004 Exam from Trustmark. | $300.00 | 0.4 | $120.00 |
| 03/04/2019 | PS | Review | Make revisions to Declaration of Mitchell. | $300.00 | 0.3 | $90.00 |
| 03/08/2019 | PS | Telephone Call | Telephone call with U.S. Trustee; work on Application to Employ Special Counsel; research Section 327(e); receive and review pleading in medicare appeal. | $300.00 | 0.5 | $150.00 |
| 03/11/2019 | PS | Telephone Call | Telephone call with Julie Mitchell regarding USDC Medicare appeal; work on App to Employ. | $300.00 | 0.3 | $90.00 |
| 03/11/2019 | PS | Telephone Call | Telephone call with Dr. Okorie regarding Trustmark's claim to have a blanket UCC on all equipment. | $300.00 | 0.1 | $30.00 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 03/12/2019 | PS | Review | Receive and review email from Derek Henderson regarding AP payment; telephone call to Dr. Okorie. | $300.00 | 0.2 | $60.00 |
| 03/14/2019 | PS | Telephone Call | Telephone call with U. S. Trustee regarding settlement of U.S. Trustee's Motion to Compel. | $300.00 | 0.2 | $60.00 |
| 03/15/2019 | PS | Review | Receive and review email from Spencer (Trustmark Attorney) regarding resetting motion to lift stay hearing set for 3/21; respond. | $300.00 | 0.2 | $60.00 |
| 03/20/2019 | PS | Email | Email to Dr. Okorie regarding radiology billing; review Proof of Claim; email from Dr. Okorie with Proof of Payment. | $300.00 | 0.3 | $90.00 |
| 03/22/2019 | PS | Telephone Call | Telephone call with Dr. Okorie and send email to U.S. Trustee with list of banks declining to open Debtor-in-Possession accounts. | $300.00 | 0.3 | $90.00 |
| 03/26/2019 | PS | Research | Research Medicare recoupment and various telephone calls and emails to/from Dr. Okorie. | $300.00 | 2.0 | $600.00 |
| 03/27/2019 | PS | Telephone Call | Long telephone call with Dr. Okorie regarding conversion to Chapter 11. | $300.00 | 0.3 | $90.00 |
| 03/28/2019 | PS | Telephone Call | Telephone call with Ike regarding conversion. | $300.00 | 0.2 | $60.00 |
| 03/28/2019 | PS | Telephone Call | Telephone call with Jim Spencer regarding equipment lien to Trustmark and surrender of collateral at 9:08 W. Pine. | $300.00 | 0.2 | $60.00 |
| 03/29/2019 | LD | Draft | Prepare Amendments | $100.00 | 3.0 | $300.00 |
| 04/10/2019 | PS | Meeting | Meeting with Dr. Okorie regading Debtor in Possession accounts; insurance and other matters. | $300.00 | 0.3 | $90.00 |
| 04/12/2019 | PS | Telephone Call | Telephone call with Jim Spencer (Trustmark attorney); draft Notice of Amendment of Trustmark property. | $300.00 | 0.5 | $150.00 |
| 04/15/2019 | PS | Work | Work on Amendment Motion (as to Trustmark); research. | $300.00 | 0.3 | $90.00 |
| 04/16/2019 | PS | File | File Abandment Notice as to Trustmark; telephone call with Ike; email to/from Ike. | $300.00 | 0.2 | $60.00 |
| 04/18/2019 | PS | Review | Review file; memo to file regarding status of Amendment. | $300.00 | 0.5 | $150.00 |
| 04/22/2019 | PS | Telephone Call | Telephone call with manager of Petal Storage regarding arrears and notice of abandment. | $300.00 | 0.1 | $30.00 |
| 04/26/2019 | PS | Review | Receivea nd review various emails from Dr. Okorie regarding Knight Funding in Florida. | $300.00 | 0.2 | $60.00 |
| 04/29/2019 | PS | Draft | Draft letter to three insurance companies regarding Declaration Page with U.S. Trustee added. | $300.00 | 0.3 | $90.00 |
| 04/29/2019 | PS | Telephone Call | Telephone call with Dr. Okorie regarding status of equipment; telephone call with Jim Spencer; email to Spencer. | $300.00 | 0.2 | $60.00 |
| 04/30/2019 | PS | Telephone Call | Telephone call with JIm Spencer (Trustmark Attorney) regarding Motion to Lift Stay Order and status of collateral. | $300.00 | 0.2 | $60.00 |
| 05/01/2019 | PS | Review | Receive and review Wells Fargo's Objection to Amendment of Equipment (limited objection) as to equipment covered by WF UCCs - review UCCs. | $300.00 | 0.3 | $90.00 |

| Date | Initials | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/02/2019 | PS | Telephone Call | Telephone call with Okalooosa County Attorney, receive and review proposed Motion to Lift Stay Order (Agreed); sign and return for entry. | $300.00 | 0.2 | $60.00 |
| 05/04/2019 | PS | Telephone Call | Telephone call with representative regarding abandonment of prior machines and telephone call with Dr. Okorie. | $300.00 | 0.2 | $60.00 |
| 05/07/2019 | PS | Draft | Draft Disclosure of Compensation for Julie Mitchell and Mitchell Day Law Firm. | $300.00 | 0.5 | $150.00 |
| 05/14/2019 | PS | Draft | Draft Application to Employ CPA and Declaration of CPA. | $300.00 | 0.5 | $150.00 |
| 05/20/2019 | PS | Telephone Call | Telephone call with Creditor Harold S. Haller & Co. regarding status of claims. | $300.00 | 0.1 | $30.00 |
| 05/20/2019 | PS | Telephone Call | Telephone call with Julie Uher, CPA regarding monthly operating reports and send guidelines. | $300.00 | 0.1 | $30.00 |
| 05/24/2019 | PS | Email | Email exchange with Julie Uher, CPA and telephone call with her. | $300.00 | 0.1 | $30.00 |
| 05/24/2019 | PS | Review | Receive and review email regarding collection letter by TM and letter to TM attorney. | $300.00 | 0.2 | $60.00 |
| 05/27/2019 | PS | Draft | Prepare Notice of Abandonment of Wells Fargo Secured Property. | $300.00 | 0.3 | $90.00 |
| 05/30/2019 | PS | Telephone Call | Telephone call with Dr. Okorie regarding out-of-country on family business June 3rd through the 15th. | $300.00 | 0.1 | $30.00 |
| 05/30/2019 | PS | Telephone Call | Telephone call with Jade Williams regarding returning two breath analizer machines; telephone call with Dr. Okorie; 2nd telephone call with Jade regarding same. | $300.00 | 0.2 | $60.00 |
| 05/31/2019 | PS | Draft | Prepare Application to Employ Lefoldt and Declaration; email Declaration to Lefoldt; telephone call with Lefoldt. | $300.00 | 0.3 | $90.00 |
| 05/31/2019 | PS | Telephone Call | Telephone call with Ernie Linder (Wells Fargo attorney) regarding pickup of personal property and telephone call with Dr. Okorie. | $300.00 | 0.1 | $30.00 |
| 06/05/2019 | PS | Telephone Call | Telephone call with Brittney Farris - Safe Lock Storage - regarding post-petition data. | $300.00 | 0.2 | $60.00 |
| 06/05/2019 | PS | Telephone Call | Telephone call with Brittney at Safe Lock Storage regarding post-petition storage. | $300.00 | 0.2 | $60.00 |
| 06/06/2019 | PS | Telephone Call | Telephone call with U.S. Trustee regarding continuing 6/13 hearing. | $300.00 | 0.1 | $30.00 |
| 06/06/2019 | PS | Draft | Draft response to motion to convert/dismiss that was filed. | $300.00 | 0.3 | $90.00 |
| 06/10/2019 | PS | Telephone Call | Telephone call with Jim Spencer and telephone call with Erno Lindner regarding surrender of personal property. | $300.00 | 0.3 | $90.00 |
| 06/11/2019 | PS | Telephone Call | Telephone call with Judge's chambers regarding hearing on June 13; draft Agreed Order and send to Erno Lindner (Wells Fargo attorney). | $300.00 | 0.5 | $150.00 |
| 06/18/2019 | PS | Telephone Call | Telephone call with Ken Lefoldt regarding accounting services for debtor (split). | $300.00 | 0.1 | $30.00 |

| Date | | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/21/2019 | PS | Meeting | Meeting with Ken Lefoldt regarding accounting work. | $300.00 | 0.3 | $90.00 |
| 06/25/2019 | PS | Telephone Call | Telephone call with Jade Williams regarding shipping of breathing machines and telephone call with Cathy - Inland office manager all regarding return of equipment. | $300.00 | 0.2 | $60.00 |
| 07/08/2019 | PS | Review | Receive and review Claim #17 by Medicare. | $300.00 | 0.2 | $60.00 |
| 07/16/2019 | PS | Telephone Call | Telephone call with Ken Lefoldt regarding Monthly Operating Reports; telephone call with US. Trustee regarding continuance of Motion to Covert; telephone call with Court regarding continuance; receive and review Order Extending Deadline to Objection to Confirmation. | $300.00 | 0.3 | $90.00 |
| 07/24/2019 | PS | Telephone Call | Telephone call with Dr. Okorie regarding status of Monthly Operating Reports and status of business. | $300.00 | 0.2 | $60.00 |
| 07/29/2019 | PS | Review | Receive and review Monthly Operating Reports for January through June 2019; transmit to Dr. Okorie for signature; email to Lefoldt. | $300.00 | 0.5 | $150.00 |
| 08/07/2019 | PS | Review | Receive and review Motion to Lift Stay by Beckman Coulter, Inc. (Craig Geno) and email to client. | $300.00 | 0.3 | $90.00 |
| 08/12/2019 | PS | Review | Receive and review July Monthly Operating Report from Lefoldt (CPA). | $300.00 | 0.2 | $60.00 |
| 08/14/2019 | PS | Telephone Call | Telephone call with Bob Anderson at the Mississippi Division of Medicaid regarding Medicaid appeal status. | $300.00 | 0.2 | $60.00 |
| 08/26/2019 | PS | Telephone Call | Telephone call with Dr. Okorie regarding Motion to Reconsider Ombudsman and Motion to Lift Stay by Comprehensive Radiology. | $300.00 | 0.2 | $60.00 |
| 08/27/2019 | PS | Telephone Call | Telephone call with Ken Lefoldt regarding Motion to Dismiss (182) and set meeting for 9/4/19. | $300.00 | 0.1 | $30.00 |
| 08/27/2019 | PS | Telephone Call | Telephone call with Dr. Okorie regarding Motion to Dismiss and meeting with Lefoldt on 9/4/19. | $300.00 | 0.1 | $30.00 |
| 08/27/2019 | PS | Telephone Call | Telephone call from Dr. Okorie regarding Motion to Dismiss and funds transferred from Inland Family Practice to Inland Management. | $300.00 | 0.1 | $30.00 |
| 08/27/2019 | PS | Draft | Draft Response to Motion to Convert (182), Motion to Reconsider PCO (180) and Motion to Lift Stay by Comprehensive Radiology (160). | $300.00 | 1.5 | $450.00 |
| 08/28/2019 | PS | Email | Email exchange with Dr. Okorie regarding Motion to Convert. | $300.00 | 0.1 | $30.00 |
| 08/28/2019 | PS | Hearing Preparation | Begin hearing preparation for six motions set for 9/19/19. | $300.00 | 2.0 | $600.00 |
| 08/29/2019 | PS | Email | Email exchange regarding Motion to Convert (competition) | $300.00 | 0.1 | $30.00 |
| 08/29/2019 | PS | Hearing Preparation | Work on hearing preparation; memo to file; review six (6) motions set for 9/19/19. | $300.00 | 1.5 | $450.00 |
| 09/03/2019 | PS | Email | Email exchange with Dr. Okorie and two telephone calls with Dr. Okorie; telephone cal with Ken Lefoldt. | $300.00 | 0.2 | $60.00 |

| Date | | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/03/2019 | PS | Review | Prepare for meeting with client and Ken Lefoldt on Wednesday 9/4/19. | $300.00 | 1.0 | $300.00 |
| 09/04/2019 | PS | Review | Review file; prepare for meeting and Hearing. | $300.00 | 1.0 | $300.00 |
| 09/04/2019 | PS | Draft | Draft Motion to Continue hearing set for 9/19. | $300.00 | 0.3 | $90.00 |
| 09/04/2019 | PS | Meeting | Meeting with Dr. Okorie and the CPA, Ken Lefoldt. | $300.00 | 1.4 | $420.00 |
| 09/04/2019 | PS | Travel | Travel to Hattiesburg, return to Ocean Springs (1/2 Travel time) (split with two files - Dr. Okorie) | $150.00 | 1.5 | $225.00 |
| 09/05/2019 | PS | Draft | Draft revisions to Motion to Continue Hearings. | $300.00 | 0.2 | $60.00 |
| 09/06/2019 | PS | Telephone Call | Telephone call with Jim Spencer (Trustmark Attorney); email exchange with Geno; telephone conference to U.S. Trustee's office; telephone call to Judge's Chambers; work on continuance of 9/19 hearings. | $300.00 | 0.5 | $150.00 |
| 09/09/2019 | PS | Review | Revisions to Response to Motion to Terminate Stay by Comprehensive Radiology; revisions to Response to U.S. Trustee regarding PLO Motion. | $300.00 | 0.5 | $150.00 |
| 09/09/2019 | PS | Draft | Draft discovery in Comprehensive Radiology Motion; Request for Production of Documents and Interrogatories. | $300.00 | 1.5 | $450.00 |
| 09/10/2019 | PS | Telephone Call | Telephone call with Dr. Okorie regarding Medicare and reinstatement of company with the Mississippi Secretary of State. | $300.00 | 0.2 | $60.00 |
| 09/11/2019 | PS | Work | Work on and serve discovery on Comprehensive Radiology; telephone call with Jim Simpson. | $300.00 | 1.0 | $300.00 |
| 09/11/2019 | PS | Work | Work on discovery for U.S. Trustee regarding PLO Order revisit | $300.00 | 0.5 | $150.00 |
| 09/12/2019 | PS | Draft | Draft and file a response to Trustmark's Motion to Convert (Doc. 182). | $300.00 | 0.5 | $150.00 |
| 09/12/2019 | PS | Draft | Draft and file Response to Motion to Beckman Coulter Inc's Motion to Lift Stay; telephone conference with Geno - settle case. | $300.00 | 0.5 | $150.00 |
| 09/12/2019 | PS | Telephone Call | Long telephone conference with Craig Geno regarding Fifth Circuit Case on recoupment on Medicare and research recoupment abatement. | $300.00 | 0.5 | $150.00 |
| 09/13/2019 | PS | Review | Receive and review objection of Wells Fargo to Motion to Lift Stay as to Beckman Coulter Inc. | $300.00 | 0.2 | $60.00 |
| 09/16/2019 | PS | Telephone Call | Telephone call with Jim Spencer regarding settlement of case; telephone call with Dr. Okorie regarding hearings on 9/20 and email from Spender; forward to Dr. Okorie. | $300.00 | 0.3 | $90.00 |
| 09/16/2019 | PS | Telephone Call | Telephone call with Dr. Okorie regarding hearing and settlement (x3). | $300.00 | 0.2 | $60.00 |
| 09/16/2019 | PS | Telephone Call | Telephone call with Dr. Sauls. | $300.00 | 0.1 | $30.00 |
| 09/17/2019 | PS | Telephone Call | Telephone call with Wells Fargo attorney Evan Linder regarding equipment leased from Beckman Coulter. | $300.00 | 0.1 | $30.00 |
| 09/17/2019 | PS | Telephone Call | Various telephone calls with Jim Spencer and Dr. Okorie regarding settlement of MLS by Comprehensive Radiology. | $300.00 | 0.5 | $150.00 |

| Date | | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 09/17/2019 | PS | Review | Receive and review spreadsheet from Lefoldt; long telephone call with Lefoldt; various emails to / from Dr. Okorie; telephone call with Dr. Okorie - all regarding accounting. | $300.00 | 0.5 | $150.00 |
| 09/18/2019 | PS | Hearing Preparation | Hearing preparation | $300.00 | 6.0 | $1,800.00 |
| 09/20/2019 | PS | Hearing Preparation | Hearing preparation | $300.00 | 2.0 | $600.00 |
| 09/20/2019 | PS | Meeting | Meet with Expert Witnesses; Lefoldt and Sauls prior to hearing. | $300.00 | 1.5 | $450.00 |
| 09/20/2019 | PS | Hearing | Attend Hearing (10:00 to 12:30) and (1:30 to 2:30) on various motions. | $300.00 | 2.5 | $750.00 |
| 09/20/2019 | PS | Travel | Travel to Hattiesburg; return to Ocean Springs (1/2 time) (split with two files - Dr. Okorie) | $150.00 | 1.5 | $225.00 |
| 09/23/2019 | PS | Telephone Call | Telephone call with Dr. Okorie regarding suit to stop recoupment and receive and review articles on Third Circuit case. | $300.00 | 0.2 | $60.00 |
| 09/25/2019 | PS | Work | Work on Order for Notices heard on 9/20/19. | $300.00 | 1.0 | $300.00 |
| 09/26/2019 | PS | Work | Continue work on Orders for 9/20/19 motion hearings. | $300.00 | 0.5 | $150.00 |
| 09/26/2019 | PS | Research | Research Medicare lawsuit to stop recoupment. | $300.00 | 1.5 | $450.00 |
| 09/27/2019 | PS | Review | Receive and review marked up proposed order from Jim Spencer; review proposed changes. | $300.00 | 1.0 | $300.00 |
| 09/30/2019 | PS | Meeting | Meeting with Dr. Okorie regarding execution of Court Orders from 9/20 Hearings. | $300.00 | 0.2 | $60.00 |
| 10/03/2019 | PS | Telephone Call | Telephone call with Julie Mitchell regarding application for payment. | $300.00 | 0.2 | $60.00 |
| 10/07/2019 | PS | Telephone Call | Telephone call with Dr. Okorie regarding Citizens Bank's Motion to Lift Stay on X-Ray Equipment; telephone call with Bob Byrd regarding same; review Motion and Response. | $300.00 | 0.3 | $90.00 |
| 10/08/2019 | PS | Telephone Call | Telephone call with Byrd regarding settlement of case; telephone call with Dr. Okorie and follow-up telephone call with Byrd. | $300.00 | 0.4 | $120.00 |
| 10/08/2019 | PS | Finalize | Finalize and file Adversary Proceeding and for injunction; telephone call with Judge's Chambers regarding scheduling; set hearing for 10/23 in Gulfport; file Motion for Preliminary Injunction; work on Memorandum in support thereof and research. | $300.00 | 2.5 | $750.00 |
| 10/10/2019 | PS | Email | Email exchange - regarding recovery of equipment. | $300.00 | 0.1 | $30.00 |
| 10/17/2019 | PS | Research | Research Medicare Recoupment. | $300.00 | 1.0 | $300.00 |
| 10/21/2019 | PS | Work | Work on draft of Complaint against Medicare. | $300.00 | 2.0 | $600.00 |
| 10/22/2019 | PS | Draft | Draft Application for Compensation for Special Counsel - Mitchell. | $300.00 | 0.5 | $150.00 |
| 10/23/2019 | PS | Review | Receive and review Motion for Summary Judgment and Brief in Medicare case. | $300.00 | 1.0 | $300.00 |
| 10/28/2019 | PS | Draft | Draft agreement between Inland Family and Inland Management. | $300.00 | 0.5 | $150.00 |

| Date | Atty | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/29/2019 | PS | Work | Work on Adversary Proceeding for Medicare recoupment. | $300.00 | 2.0 | $600.00 |
| 10/31/2019 | PS | Research | Research Medicare; email exchange with Medicare Attorney. | $300.00 | 1.5 | $450.00 |
| 11/06/2019 | PS | Meeting | Meet with Ken Lefoldt and Dr. Okorie. | $300.00 | 2.5 | $750.00 |
| 11/06/2019 | PS | Travel | Travel to Hattiesburg; return to Ocean Springs (1/2 Travel time)(split with two files - Dr. Okorie) | $150.00 | 1.5 | $225.00 |
| 11/11/2019 | PS | Work | Work on Plan. | $300.00 | 2.0 | $600.00 |
| 11/12/2019 | PS | Work | Work on Disclosure Statement. | $300.00 | 2.5 | $750.00 |
| 11/13/2019 | PS | Work | Work on Adversary Complaint against CMS. | $300.00 | 1.0 | $300.00 |
| 11/13/2019 | PS | Work | Work on Disclosure Statement and Plan. | $300.00 | 3.0 | $900.00 |
| 11/14/2019 | PS | Work | Work on Disclosure Statement and brief meeting with Lefoldt. | $300.00 | 3.0 | $900.00 |
| 11/18/2019 | PS | Work | Work on Disclosure Statement. | $300.00 | 1.5 | $450.00 |
| 11/19/2019 | PS | Telephone Call | Various telephone calls with Dr. Okorie and telephone call with Ken Lefoldt (x2); work on Plan and Disclosure Statement. | $300.00 | 3.5 | $1,050.00 |
| 11/20/2019 | PS | Work | Work on Plan and Disclosure Statement; various telephone calls with client and CPA. | $300.00 | 3.0 | $900.00 |
| 11/20/2019 | PS | Telephone Call | Various telephone calls with Lefoldt and various telephone calls with Dr. Okorie. | $300.00 | 0.5 | $150.00 |
| 11/21/2019 | PS | Draft | Prepare Disbursement Summary for Plan and Disclosure Statement. | $300.00 | 0.2 | $60.00 |
| 11/27/2019 | PS | Work | Work on edits to Adversary Complaint | $300.00 | 2.0 | $600.00 |
| 12/02/2019 | PS | Finalize | Finalize Complaint - Inland v. CMS et. al. - copy to Dr. Okorie. | $300.00 | 1.5 | $450.00 |
| 12/02/2019 | PS | Email | Numerous emails from Dr. Okorie regarding auction of equipment; review all Trustmark's Proofs of Claims and Motion to Lift Stay (Doc 36); telephone calls with Dr. Okorie (x2) | $300.00 | 0.5 | $150.00 |
| 12/02/2019 | PS | Telephone Call | Telephone call with Robert Byrd (attorney for Citizens Bank) regarding re-purchase of x-ray machine; email to Byrd with proposal. | $300.00 | 0.3 | $90.00 |
| 12/04/2019 | PS | Work | Work on motion in support of motion for preliminary injunction; revisions to motion. | $300.00 | 2.5 | $750.00 |
| 12/11/2019 | PS | Work | Work on Brief for TRO; research. | $300.00 | 4.0 | $1,200.00 |
| 12/16/2019 | PS | Telephone Call | Telephone call with Lefoldt. | $300.00 | 0.2 | $60.00 |
| 12/17/2019 | PS | Telephone Call | Telephone call with Bernie Tyler and telephone call with Dr. Okorie regarding patient information on items sent. | $300.00 | 0.2 | $60.00 |
| 12/18/2019 | PS | Hearing Preparation | Prepare for hearing on injunction and enforcement of same. | $300.00 | 3.0 | $900.00 |
| 12/18/2019 | PS | Review | Receive and review Brief of CMS et. al. opposing motion for TRO. | $300.00 | 1.0 | $300.00 |
| 12/18/2019 | PS | Meeting | Meeting with Ken Lefoldt. | $300.00 | 0.5 | $150.00 |

| Date | | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 12/19/2019 | PS | Meeting | Meeting with Dr. Okorie; meeting with Ken Lefoldt; hearing preparation. | $300.00 | 2.0 | $600.00 |
| 12/19/2019 | PS | Travel | Travel to Hattiesburg and return to Ocean Springs (one-half time). | $150.00 | 3.0 | $450.00 |
| 12/20/2019 | PS | Review | Review and file Monthly Operating Report for November. | $300.00 | 0.3 | $90.00 |
| 01/02/2020 | PS | Research | Research issues for Hearing on 12/19/2019 for supplemental brief. | $300.00 | 2.0 | $600.00 |
| 01/03/2020 | PS | Work | Work on Brief of issues per hearing on December 19, 2019. | $300.00 | 3.5 | $1,050.00 |
| 01/03/2020 | PS | Telephone Call | Telephone call with AUSA regarding dismissal of Novitas; email exchange with AUSA; telephone call with Philip Chapman regarding Stipulation of Dismissal of Novitas in Adversary Proceeding. | $300.00 | 0.3 | $90.00 |
| 01/04/2020 | PS | Work | Work on Brief and research. | $300.00 | 4.5 | $1,350.00 |
| 01/06/2020 | PS | Research | Research and work on Reply Brief on Motion in Adversary Proceeding for Preliminary Injunction and to Enforce Stay. | $300.00 | 6.0 | $1,800.00 |
| 01/09/2020 | PS | Review | Receive and review December Monthly Operating Report prepared by Ken Lefoldt. | $300.00 | 0.2 | $60.00 |
| 01/11/2020 | PS | Review | Receive and review Order Approving Disclosure Statement and various emails to/from Dr. Okorie. | $300.00 | 0.2 | $60.00 |
| 01/13/2020 | PS | Review | Receive and review signature page and file Monthly Operating Report. | $300.00 | 0.1 | $30.00 |
| 01/13/2020 | PS | Draft | Prepare Ballot for Confirmation. | $300.00 | 0.5 | $150.00 |
| 01/17/2020 | PS | Review | Receive and review Answer to Complaint in Adversary Proceeding -- Inland v. Azar. | $300.00 | 0.5 | $150.00 |
| 01/17/2020 | PS | Review | Receive and review claim of Comprehensive Radiology. | $300.00 | 0.1 | $30.00 |
| 01/17/2020 | PS | Telephone Call | Telephone call with Ken Lefoldt regarding payroll taxes, etc. | $300.00 | 0.1 | $30.00 |
| 01/24/2020 | PS | Review | Receive and review Order Denying Preliminary Injunction and research appeals; telephone call and email exchange with Dr. Okorie. | $300.00 | 0.7 | $210.00 |
| 01/24/2020 | PS | Email | Email from and telephone call to Laura S. Martin, attorney for Creditor. | $300.00 | 0.2 | $60.00 |
| 01/29/2020 | PS | Email | Email to counsel for Beckman Coulter, creditor. | $300.00 | 0.1 | $30.00 |
| 02/12/2020 | PS | Email | Email exchange from Spencer (Trustmark) regarding Ballots; send Ballots to Spencer. | $300.00 | 0.1 | $30.00 |
| 02/17/2020 | PS | Review | Receive and review Monthly Operating Report for January and file. | $300.00 | 0.2 | $60.00 |
| 02/18/2020 | PS | Telephone Call | Telephone call with Dr. Okorie regarding hearing set for 2/27 and possible continuance. | $300.00 | 0.1 | $30.00 |
| 02/20/2020 | PS | Review | Receive and review Objections to Confirmation; telephone conference with Craig Geno regarding value of Beckman Coulter on Plan. | $300.00 | 0.4 | $120.00 |
| 02/21/2020 | PS | Draft | Draft Motion to Continue Confirmation Hearing - review the Objections to Confirmation. | $300.00 | 0.5 | $150.00 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---|---|---|
| 02/24/2020 | PS | Telephone Call | Telephone call with Philip Chapman and Julie Mitchell regarding Medicaid objection and response. | $300.00 | 0.3 | $90.00 |
| 02/24/2020 | PS | File | File Ballot Summary and Certification. | $300.00 | 0.1 | $30.00 |
| 02/26/2020 | PS | Draft | Draft Response to Objections of MS Medicaid; various telephone calls and emails with Martha and to/from Philip Chapman - Appeal Counsel (Medicaid). | $300.00 | 0.5 | $150.00 |
| 02/26/2020 | PS | Hearing Preparation | Hearing Preparation; telephone call to Spencer; telephone call with LInder; telephone call with Court; submit Order. | $300.00 | 1.5 | $450.00 |
| 02/27/2020 | PS | Email | Email exchange with Court regarding hearings and reset; telephone call with Dr. Okorie and Ken Lefoldt regarding meetings. | $300.00 | 0.2 | $60.00 |
| | | | | Totals: | 175.3 | $50,265.00 |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 01/03/2019 | TM | Filing Fee | Filing fee with Mississippi Secretary of State - Articles of Merger | $50.00 | 1.0 | $50.00 |
| 01/03/2019 | TM | Process Server | Gary Windham - delivered Articles of Merger documents to the Mississippi Secretary of State. | $35.00 | 1.0 | $35.00 |
| 01/03/2019 | PS | Filing Fee | Chapter 11 | $1,717.00 | 1.0 | $1,717.00 |
| 01/24/2019 | PS | Filing Fee | Deed - filed in Florida | $18.50 | 1.0 | $18.50 |
| 01/24/2019 | PS | Filing Fee | Deeds (2) filed in Mississippi | $22.00 | 1.0 | $22.00 |
| 01/24/2019 | PS | Filing Fee | Deed filed in Texas | $24.00 | 1.0 | $24.00 |
| 01/29/2019 | PS | Travel | Travel to Gulfport; return to Ocean Springs. | $0.60 | 40.0 | $24.00 |
| 02/11/2019 | PS | Travel | Travel to Hattiesburg; return to Ocean Springs. | $0.60 | 200.0 | $120.00 |
| 03/29/2019 | LD | Filing Fee | filing fee for amendments | $31.00 | 1.0 | $31.00 |
| 04/03/2019 | DL | Postage | postage to mail out App to Employ Julie Mitchell | $0.50 | 58.0 | $29.00 |
| 04/15/2019 | PS | Postage | Mail out - Notice of Intent abandon | $0.50 | 60.0 | $30.00 |
| 05/03/2019 | PS | Postage | Mail out - Motion for Time to File Disclosure Statement and Plan. | $0.50 | 59.0 | $29.50 |
| 05/28/2019 | TM | Postage | Notice of Intent to Abandon | $0.50 | 58.0 | $29.00 |
| 06/03/2019 | TM | Postage | Mail out - Application to Employ Accountant | $0.50 | 60.0 | $30.00 |
| 09/04/2019 | PS | Travel | Travel to Hattiesburg; return to Ocean Springs (1/2 of 180 miles x .60) | $0.60 | 90.0 | $54.00 |
| 09/04/2019 | PS | Travel | Travel to Hattiesburg; return to Ocean Springs (50% rate). | $150.00 | 1.5 | $225.00 |
| 09/16/2019 | TM | Photocopies | | $0.25 | 1,785.0 | $446.25 |
| 09/20/2019 | PS | Meeting | Lunch meeting with Expert Witness and Dr. Sauls | $51.25 | 1.0 | $51.25 |
| 09/20/2019 | PS | Travel | Mileage to Gulfport; return to Ocean Springs (divided by two cases) | $0.60 | 20.0 | $12.00 |
| 09/20/2019 | PS | Travel | Travel to Hattiesburg; return to Ocean Springs (divided by two files). | $0.60 | 150.0 | $90.00 |

| Date | | Type | Description | Rate | Qty | Amount |
|---|---|---|---|---|---|---|
| 10/25/2019 | TM | Postage | Mail out - App for fees Special Counsel | $0.50 | 65.0 | $32.50 |
| 11/06/2019 | PS | Travel | Travel to Hattiesburg; return to Ocean Springs (split with Dr. Okorie file). | $0.60 | 90.0 | $54.00 |
| 11/26/2019 | TM | Postage | Postage to mail order and notice to all creditors | $0.50 | 65.0 | $32.50 |
| 11/26/2019 | TM | Postage | Plan and Disclosure Statement to Debtor. | $2.50 | 1.0 | $2.50 |
| 11/26/2019 | TM | Postage | Plan and Disclosure Statement to MS Dept of Securities at three addresses. | $1.75 | 3.0 | $5.25 |
| 12/11/2019 | TM | Postage | Postage to William Barr, Attorney General (Summons & Complaint and motions, memo & notice of Hearing). | $2.35 | 1.0 | $2.35 |
| 12/13/2019 | TM | Postage | Postage of Motion, Memorandum & Notice of Hearing to: Seema Verma; Novitas Solutions, Alex M Azar, II; and copy of everything to attorney Gregory C. Bongiovanni. | $7.16 | 1.0 | $7.16 |
| 12/13/2019 | TM | Photocopies | Photocopies of Summons & Complaint and Motion, Memorandum and Notice of Hearing to William Barr; Attorney Bongiovanni; and of the Motion, Memo and Hearing Notice only to Azar, Novitas, and Verma. | $0.25 | 199.0 | $49.75 |
| 12/13/2019 | PS | Service of Process | Service of process on the United States Attorney (Gulfport). | $80.00 | 1.0 | $80.00 |
| 01/15/2020 | PS | Postage | Mail out to all creditors of Disclosure Statement, Plan, Order and Ballot. | $0.65 | 67.0 | $43.55 |
| 02/28/2020 | TM | Photocopies | | $0.25 | 1,138.0 | $284.50 |

|  |  |
|---|---|
| Expense Total: | **$3,661.56** |

|  |  |
|---|---|
| Time Entry Sub-Total: | $50,265.00 |
| Expense Sub-Total: | $3,661.56 |
| **Sub-Total:** | **$53,926.56** |
| **Total:** | **$53,926.56** |
| **Amount Paid:** | **$15,000.00** |
| **Balance Due:** | **$38,926.56** |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Nov 20, 2019 | Cash | $15,000.00 | Tammy McAdams (Paralegal) | Operating Account |