**Sheehan & Ramsey, PLLC**
429 Porter Avenue
Ocean Springs, MS 39564
United States
(228) 875-0572

**Sheehan & Ramsey, PLLC**

**Okorie Ikechukwu**
908 W. Pine Street
Hattiesburg, MS 39401-4262

| | |
|---|---|
| Balance | $16,765.05 |
| Invoice # | 01344 |
| Invoice Date | December 14, 2020 |
| Payment Terms | |
| Due Date | |

**Inland Family Practice Center, LLC**

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 03/03/2020 | PS | Telephone Call | Telephone call with Dr. Okorie and meeting with Ken Lefoldt regarding strategy for two cases; review original Plan (time split between two files). | $300.00 | 1.0 | $300.00 |
| 03/06/2020 | PS | Review | Receive and review email from Julie Uher and long telephone call with Ken Lefoldt regarding taxes. | $300.00 | 0.2 | $60.00 |
| 03/11/2020 | PS | Telephone Call | Telephone call with Julie and Ken Lefoldt regarding 2019 tax returns. | $300.00 | 0.2 | $60.00 |
| 03/11/2020 | PS | Telephone Call | Telephone call with Julie and Ken Lefoldt regarding 2019 tax returns. | $300.00 | 0.2 | $60.00 |
| 03/19/2020 | PS | Telephone Call | Telephone call with U.S. Trustee (Abby) regarding U.S. Trustee's Motion to Dismiss/Convert; telephone call with Client; follow-up on telephone call with U.S. Trustee; draft and file Response to Motion. | $300.00 | 1.0 | $300.00 |
| 03/26/2020 | PS | Email | Email exchange with Julie Uher, CPA, draft Application to Employ Uher to prepare tax returns; draft Declaration for Uher and send. | $300.00 | 0.5 | $150.00 |
| 03/26/2020 | PS | Telephone Call | Long telephone call and email with U.S. Trustee regarding Motion to Dismiss/Convert; telephone call with Dr. Okorie regarding same; receive and review proposed Agreed Order as to U.S. Trustee's fees. | $300.00 | 0.5 | $150.00 |
| 03/31/2020 | PS | Email | Email exchange with Uher (CPA). | $300.00 | 0.1 | $30.00 |
| 04/01/2020 | PS | Draft | Draft Fee App for Lefoldt. | $300.00 | 0.3 | $90.00 |
| 04/06/2020 | PS | Telephone Call | Telephone call with Dr. Okorie regarding EIDL Loan for Inland. | $300.00 | 0.1 | $30.00 |


EXHIBIT A

| Date | | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/08/2020 | PS | Review | Receive and review March Monthly Operating Report and file. | $300.00 | 0.2 | $60.00 |
| 04/09/2020 | PS | Telephone Call | Telephone call with Dr. Okorie regarding EIDL Application for SBA Loan. | $300.00 | 0.1 | $30.00 |
| 04/20/2020 | PS | Review | Receive and review email from Dr. Okorie regarding U.S. Trustee's Invoice; telephone call with Lefoldt and email letter to Dr. Okorie. | $300.00 | 0.3 | $90.00 |
| 04/21/2020 | PS | Draft | Draft Application for fees for CPA, Ken Lefoldt, Affidavit and Order and file. | $300.00 | 0.3 | $90.00 |
| 04/21/2020 | PS | Review | Receive and review email from Dr. Okorie regarding professional fees and reply. | $300.00 | 0.1 | $30.00 |
| 04/24/2020 | PS | Telephone Call | Telephone call with Dr. Okorie regarding case status. | $300.00 | 0.1 | $30.00 |
| 05/06/2020 | PS | Work | Work on Adversary Proceeding against the Small Business Administration regarding PPP Loans. | $300.00 | 0.3 | $90.00 |
| 05/07/2020 | PS | Draft | Draft Complaint and Temporary Restraining Order; review cases on PPP against Small Business Administration. | $300.00 | 2.0 | $600.00 |
| 05/08/2020 | PS | Draft | Draft Temporary Restraining Order; revise Verified Complaint; research; various telephone calls and emails to/from Dr. Okorie. | $300.00 | 4.0 | $1,200.00 |
| 05/11/2020 | PS | Hearing Preparation | Prepare for hearing - Inland v. SBA | $300.00 | 1.5 | $450.00 |
| 05/13/2020 | PS | Hearing Preparation | Prepare for hearing - TRO. | $300.00 | 1.0 | $300.00 |
| 05/14/2020 | PS | Hearing Preparation | Hearing preparation regarding TRO Motion and Okorie v. SBA. | $300.00 | 3.0 | $900.00 |
| 05/15/2020 | PS | Hearing Preparation | Hearing preparation Adversary suit against SBA and TRO Motion. | $300.00 | 1.0 | $300.00 |
| 05/15/2020 | PS | Travel | Travel to Gulfport and return (split with Okorie #19-50379) | $300.00 | 0.5 | $150.00 |
| 05/15/2020 | PS | Meeting | Meeting with Dr. Okorie pre-hearing on TRO Motion. | $300.00 | 0.5 | $150.00 |
| 05/15/2020 | PS | Hearing | Attend Hearing on Adversary Proceeding and TRO Motion. | $300.00 | 1.1 | $330.00 |
| 05/21/2020 | PS | Work | Work on issues to discuss with Dr. Okorie; create list. | $300.00 | 0.5 | $150.00 |
| 05/22/2020 | PS | Work | Work on issues to discuss with Dr. Okorie - appeal of denial of TRO, payment of professional fees. | $300.00 | 0.5 | $150.00 |
| 05/22/2020 | PS | Research | Research issues for hearing on TRO. | $300.00 | 1.5 | $450.00 |
| 05/26/2020 | PS | Email | Email exchange with Tabatha Bandi regarding Inland v. Azar. | $300.00 | 0.1 | $30.00 |
| 05/29/2020 | PS | Review | Receive and review email from U.S. Trustee regarding payment of Quarterly Fees per Agreed Order; telephone call with Dr. Okorie regarding same; reply to U.S. Trustee. | $300.00 | 0.2 | $60.00 |

| Date | Staff | Activity | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 06/05/2020 | PS | Review | Receive and review email from Dr. Okorie with Missouri case of medical provider v. SBA on PPP loans; research document and appeal check on Texas case as appealed to 5th Circuit. | $300.00 | 0.3 | $90.00 |
| 06/08/2020 | PS | Draft | Draft Stipulation of Dismissal for Inland v. Azar adversary proceeding and send to the AUSA. | $300.00 | 0.3 | $90.00 |
| 06/09/2020 | PS | File | File Application to Employ Julie Uher as CPA. | $300.00 | 0.1 | $30.00 |
| 06/09/2020 | PS | Email | Email exchange with Abigail Mrbury regarding Application to Employ Uher. | $300.00 | 0.1 | $30.00 |
| 06/10/2020 | PS | Email | Email exchange with I-Heng Hsu regarding Answer to Adversary Proceeding. | $300.00 | 0.2 | $60.00 |
| 06/17/2020 | PS | Hearing Preparation | Prepare for Confirmation Hearing; telephone conference with Judge's Chambers and J. Spears, T. Bandi, Wade Sweat, Erin Linder and Abigail Marbury; regarding continuing Confirmation Hearing; email to all. | $300.00 | 0.5 | $150.00 |
| 06/18/2020 | PS | Telephone Call | Telephone call with Dr. Okorie. | $300.00 | 0.2 | $60.00 |
| 06/18/2020 | PS | Research | Research voluntary dismissal in Chapter 11 case; review recent cases of involuntary PPP loan. | $300.00 | 1.0 | $300.00 |
| 06/18/2020 | PS | Draft | Draft Emergency Motion to Dismiss for PPP Loan. | $300.00 | 0.5 | $150.00 |
| 06/19/2020 | PS | Telephone Call | Telephone call with Dr. Okorie regarding PPP loan to Inland. | $300.00 | 0.1 | $30.00 |
| 06/19/2020 | PS | Draft | Draft documents supporting PPP loan for Inland Management for Inland payroll and 2 telephone calls with Dr. Okorie. | $300.00 | 0.5 | $150.00 |
| 06/26/2020 | PS | Telephone Call | Telephone call with I-Heng Hsu (SBA Attorney) regarding dismissal of adversary proceeding; draft Stipulation of Dismissal. | $300.00 | 0.2 | $60.00 |
| 07/20/2020 | PS | Hearing Preparation | Prepare for confirmation hearing - review all objections in detail. | $300.00 | 1.2 | $360.00 |
| 07/20/2020 | PS | Telephone Call | Telephone call with Erno Lindner - Wells Fargo attorney, schedule call for Tuesday @ 7:00 a.m. | $300.00 | 0.1 | $30.00 |
| 07/20/2020 | PS | Telephone Call | Telephone call with Jim Spencer - Trustmark attorney - left message. | $300.00 | 0.1 | $30.00 |
| 07/20/2020 | PS | Telephone Call | Telephone call to Dr. Okorie - left message. | $300.00 | 0.1 | $30.00 |
| 07/21/2020 | PS | Telephone Call | Telephone call with Erin Lindy regarding Resolution of Objection of Wells Fargo to Chapter 11 Plan. | $300.00 | 0.3 | $90.00 |
| 07/21/2020 | PS | Telephone Call | Telephone call with Dr. Okorie regarding personal property owned by Debtor and not subject to PMSD. | $300.00 | 0.2 | $60.00 |
| 07/21/2020 | PS | Telephone Call | Telephone calls with Jim Spencer - spoke with assistant - he will call back. | $300.00 | 0.1 | $30.00 |
| 07/21/2020 | PS | Telephone Call | Telephone call with Wade Sweat regarding Resolution of Objection of Mississippi Medicaid. | $300.00 | 0.3 | $90.00 |
| 07/21/2020 | PS | Work | Work on preparation for Confirmation Hearing; telephone call with Philip Chapman - Medicare Attorney. | $300.00 | 2.0 | $600.00 |

| 07/22/2020 | PS | Meeting | Meeting with Dr. Okorie regarding Confirmation Hearing set for 7/23/2020. | $300.00 | 1.5 | $450.00 |
|---|---|---|---|---|---|---|
| 07/22/2020 | PS | Telephone Call | Telephone call with Tabitha Bandi, AUSA, regarding resolution of Objection of U.S. Department of Human Services. | $300.00 | 0.2 | $60.00 |
| 07/22/2020 | PS | Telephone Call | Telephone call with U.S. Trustee (Abby Marbury) regarding the U.S. Trustee's Objection to Plan and resolution. | $300.00 | 0.2 | $60.00 |
| 07/22/2020 | PS | Telephone Call | Telephone call with Jim Spencer (Trustmark) regarding Objection to Plan and interface of plan with Individual Plan. | $300.00 | 0.3 | $90.00 |
| 07/22/2020 | PS | Travel | Travel to Hattiesburg to meet with Dr. Okorie; return to Ocean Springs (1/2 rate). | $150.00 | 3.0 | $450.00 |
| 07/23/2020 | PS | Hearing Preparation | Prepare for Confirmation Hearing. | $300.00 | 1.5 | $450.00 |
| 07/23/2020 | PS | Hearing | Attend telephonic Confirmation Hearing. | $300.00 | 0.5 | $150.00 |
| 07/23/2020 | PS | Review | Receive and review U.S. Trustee fee reconciliation - send to Lefoldt and Dr. Okorie; receive and review Ken's notes on fees; email to Abby Marbury questioning U.S. Trustee's fee amounts. | $300.00 | 0.3 | $90.00 |
| 07/23/2020 | PS | Work | Work on revisions to Plan. | $300.00 | 1.0 | $300.00 |
| 07/23/2020 | PS | Email | Email from Dr. Okorie regarding amount of Wells Fargo debt; telephone call wtih Lindley (Wells Fargo attorney) regarding same. | $300.00 | 0.2 | $60.00 |
| 07/24/2020 | PS | Draft | Draft Amended Chapter 11 Plan. | $300.00 | 2.0 | $600.00 |
| 07/24/2020 | PS | Draft | Draft Objection to Secured Status of Knight Funding. | $300.00 | 1.0 | $300.00 |
| 07/24/2020 | PS | Draft | Draft Objection to Secured Status of Claim of National Funding. | $300.00 | 0.6 | $180.00 |
| 08/14/2020 | PS | Work | Work on First Amended Plan of Reorganization. | $300.00 | 2.0 | $600.00 |
| 08/17/2020 | PS | Review | Receive and review July Monthly Operating report, | $300.00 | 0.1 | $30.00 |
| 08/17/2020 | PS | Work | Work on harmonizing Plan with Okorie's Plan. | $300.00 | 0.5 | $150.00 |
| 08/18/2020 | PS | Email | Email to Dr. Okorie to sign July Monthly Operating report on behalf of Inland. | $300.00 | 0.1 | $30.00 |
| 08/18/2020 | PS | Telephone Call | Telephone call with Dr. Okorie (x2) regarding Wells Fargo offer; various emails to / from Dr. Okorie. | $300.00 | 0.3 | $90.00 |
| 08/19/2020 | PS | Telephone Call | Telephone call with Jim Spencer regarding Trustmark treatment in Plan (unsecured only). | $300.00 | 0.1 | $30.00 |
| 08/20/2020 | PS | Finalize | Finalize and file Amended Plan of Reorganization. | $300.00 | 2.0 | $600.00 |
| 08/31/2020 | PS | Review | Review files; prepare for Confirmation Hearing. | $300.00 | 0.5 | $150.00 |
| 09/01/2020 | PS | Review | Receive and review invoices from Julie Uher; email to Uher regarding invoices. | $300.00 | 0.1 | $30.00 |
| 09/02/2020 | PS | Review | Review file - work on Amendments to Plan; prepare for meeting with Dr. Okorie. | $300.00 | 0.5 | $150.00 |
| 09/02/2020 | PS | Meeting | Meeting with Dr. Okorie; review Plan and prepare for Confirmation hearing. | $300.00 | 0.8 | $240.00 |

| 09/09/2020 | PS | Review | Receive and review August Monthly Operating Report and file. | $300.00 | 0.1 | $30.00 |
| 09/14/2020 | PS | Review | Receive and review email from Dr. Okorie; respond. | $300.00 | 0.2 | $60.00 |
| 09/15/2020 | PS | Telephone Call | Telephone call with Philip Chapman; Julie Mitchell (special counsel for Medicare); and Dr. Okorie regarding Judge Starrett remand of Appeal to the United States District Court. | $300.00 | 0.5 | $150.00 |
| 09/22/2020 | PS | Telephone Call | Telephone call with Erno Linder (Wells Fargo); receive and review Ballot from Wells Fargo accepting Plan. | $300.00 | 0.2 | $60.00 |
| 09/22/2020 | PS | Review | Receive and review two Ballots from Wells Fargo. | $300.00 | 0.2 | $60.00 |
| 09/23/2020 | PS | Review | Receive and review Partial Objection of U.S. Department of Health & Human Services to Plan. | $300.00 | 0.2 | $60.00 |
| 09/23/2020 | PS | Telephone Call | Telephone call with Philip Chapman regarding Medicare Appeal and other matters. | $300.00 | 0.2 | $60.00 |
| 09/23/2020 | PS | Telephone Call | Telephone call with Ken Lefoldt regarding tax returns - all filed. | $300.00 | 0.1 | $30.00 |
| 09/24/2020 | PS | Email | Email exchange with U.S. Trsutee regarding Julie Uher's fee application and telephone call and email with Ken Lefoldt regarding division of labor in case. | $300.00 | 0.2 | $60.00 |
| 09/28/2020 | PS | Hearing | Prepare for confirmation hearing with Dr. Okorie via telephone and review Plan and Ballots. | $300.00 | 1.2 | $360.00 |
| 09/29/2020 | PS | Hearing | Attend Confirmation Hearing. | $300.00 | 0.6 | $180.00 |
| 09/29/2020 | PS | Travel | Travel to Gulfport; return to Ocean Springs (1/2 time) | $150.00 | 1.0 | $150.00 |
| 10/05/2020 | PS | Email | Email exchange with Julie Uher and email to U.S. Trustee. | $300.00 | 0.1 | $30.00 |
| 10/20/2020 | PS | Email | Email from U.S. Trustee regarding Julie Uher invoice and Hearing set for 10/22; telephone call with Bankruptcy Court to reset hearing to 12/3/2020. | $300.00 | 0.2 | $60.00 |
| 11/19/2020 | PS | Review | Receive and review collection letter from collection agency and letter - cease and desist. | $300.00 | 0.3 | $90.00 |
| 11/30/2020 | PS | Review | Receive and review email from Dr. Okorie regarding effective date of Plan; draft memo to Dr. Okorie regarding payments due on Effective Date - December 2nd. | $300.00 | 0.5 | $150.00 |
| 12/01/2020 | PS | Telephone Call | Long telephone call with Dr. Okorie regarding Effective Date payments. | $300.00 | 0.2 | $60.00 |
| 12/11/2020 | PS | Review | Receive and review billing information for Philip Chapman and Julie Mitchell. | $300.00 | 0.2 | $60.00 |
| | | | | Totals: | 56.8 | $16,440.00 |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
| --- | --- | --- | --- | --- | --- | --- |
| 03/09/2020 | TM | Postage | First Application for Compensation for Attorney mailed to creditors | $0.50 | 69.0 | $34.50 |

| 04/21/2020 | TM | Postage | Mail out - First Application for Compensation for Accountant - Ken Lefoldt | $0.50 | 68.0 | $34.00 |
| 05/11/2020 | TM | Postage | Adversary Proceeding Summons and Complaint (x3) | $2.60 | 3.0 | $7.80 |
| 05/11/2020 | TM | Photocopies | Summons and Complaint in adversary proceeding mailed out (x3) | $0.25 | 165.0 | $41.25 |
| 06/09/2020 | TM | Postage | Mail out for Application to Employ Accountant | $0.50 | 69.0 | $34.50 |
| 07/22/2020 | PS | Mileage | Travel to Hattiesburg and return - meeting with Dr. Okorie. | $0.60 | 160.0 | $96.00 |
| 09/29/2020 | PS | Mileage | To Gulfport; return to Ocean Springs. | $0.60 | 40.0 | $24.00 |
| 12/14/2020 | TM | Photocopies | Miscellaneous copies | $0.25 | 212.0 | $53.00 |

Expense Total: **$325.05**

| | |
|---|---:|
| Time Entry Sub-Total: | $16,440.00 |
| Expense Sub-Total: | $325.05 |
| **Sub-Total:** | $16,765.05 |
| **Total:** | $16,765.05 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$16,765.05** |